IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM E. DEWERT,        :
                   :
  Plaintiff(s)          :
                   :  Case Number: 1:04cv344
vs.                :
                   :  District Judge Susan J. Dlott
SPRINGBORO POLICE DEPARTMENT, et al.,:
                   :
  Defendant(s)         :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Black filed on June 6, 2005(Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 23, 2005, hereby ADOPTS said Report and Recommendations.

IT IS ORDERED THAT Defendants are entitled to judgment as a matter of law on Plaintiff's claims that he was deprived of his constitutional rights and therefore GRANTS the Defendants' motion for summary judgment (doc. 15).

IT IS SO ORDERED.

                        ___s/Susan J. Dlott_____
                        Susan J. Dlott
                        United States District Judge